IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

STACEY M. SWAFFORD, )
)
v. ) 2:09-00104
)
MICHAEL J. ASTRUE, Commissioner of Social )
  Security. )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends Plaintiff's Motion for Judgment on the Administrative Record, Document No. 15, be granted and the decision of the Social Security Administration be reversed and the cause remanded for further administrative proceedings. No objections have been filed.

The Court has considered the Report and finds the same to be correct in fact and law. For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record, Document No. 15, is **GRANTED,** the decision of the Social Security Administration is **REVERSED,** and the case is **REMANDED** for administrative proceedings, including updating the medical record and further consideration of Dr. Lowe's opinion.

It is so **ORDERED**.

                                                              _____
                                                              Thomas A. Wiseman, Jr.
                                                              Senior U.S. District Judge